No. 801. POVICH *v.* SANFORD, WARDEN. March 5, 1945. Petition for writ of certiorari to the Circuit Court

of Appeals for the Fifth Circuit denied. *Stephen T. Povich, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.